# First Judicial District of Pennsylvania

*51CR00047732011*
*Johnnie Simmons*

_____

*Trial (Jury) Volume 5*
*December 15, 2011*



_____

*First Judicial District of Pennsylvania*
*100 South Broad Street, Second Floor*
*Philadelphia, PA 19110*
*(215) 683-8000   FAX:(215) 683-8005*

*Original File 121511^Simmons.txt, 29 Pages*
*CRS Catalog ID: 12071456*

### Page 1

```
[1]         IN THE COURT OF COMMON PLEAS
[2]      FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
[3]              CRIMINAL TRIAL DIVISION
[4]                        - - -
[5]
[6]  COMMONWEALTH         : CP-51-CR-0004773-2011
                          :
[7]       V.              :
                          :
[8]  JOHNNIE SIMMONS      :
[9]
                          - - -
[10]
[11]      Courtroom 802, Criminal Justice Center
[12]          Philadelphia, Pennsylvania
                          - - -
[13]
[14]             December 15, 2011
                          - - -
[15]
[16]                  Jury Trial
                     Volume  VI
[17]
                          - - -
[18]
[19] B E F O R E:  THE HONORABLE SANDY L. V. BYRD, J.
[20]
     APPEARANCES:
[21]
          STACY FORCHETTI, ESQUIRE
[22]       Assistant District Attorney
          For the Commonwealth
[23]
[24]      VINCENT LORUSSO, ESQUIRE
          Counsel for the Defendant
[25]
                    Jaclyne Wilson
```

### Page 2

**THE COURT**: We are back on the record in our trial case. This is the case of Commonwealth vs. Johnnie Simmons, CP-51-CR-00004773-2011.

The defendant is here with his attorney, Mr. Lorusso. The Commonwealth by Ms. Forchetti.

Counsel, Mr. Simmons, we have yet another communication from the jury. It reads as follows: Your Honor, we are deadlocked. Could His Honor please provide further guidance? Signed, Juror No. 8.

Mr. Lorusso, how would you have me respond?

**MR. LORUSSO**: I would expect the Court would reinstruct the jury with regards to the manner of deliberation. I leave that to the Court's discretion.

**THE COURT**: Ms. Forchetti?

**MS. FORCHETTI**: Your Honor, I believe it would be appropriate at this time to give them what we commonly refer to as the Spencer charge.

**THE COURT**: I'm in agreement. Let's bring them out.

(Jury enters the courtroom at 12:20 p.m.)

**THE COURT**: Good morning, ladies and gentlemen.

Jaclyne Wilson

### Page 3

Would the foreperson please rise and identify yourself by seat number.

**JUROR FOREPERSON**: Juror No. 8, Your Honor.

**THE COURT**: Mr. Foreman, does the jury have a communication for the Court?

**JUROR FOREPERSON**: We do, Your Honor.

**THE COURT**: Would you communicate to me exactly as it's written in your writing.

**JUROR FOREPERSON**: Your Honor, we are deadlocked. Could His Honor please provide further instruction and guidance?

**THE COURT**: Thank you, sir.

**JUROR FOREPERSON**: Thank you, Your Honor.

**THE COURT**: Ladies and gentlemen, you have, by my calculation, been in deliberation on this case for, approximately, 18 hours. Obviously you're having some difficulty resolving the issues raised in this case. Now, on the one hand that difficulty may very well be an indication of the sincerity and objectivity with which you have approached your duty. On the other hand, it may be the result of some confusion in your collective minds about the instructions I gave you on the rules of law and the application of those rules to the

Jaclyne Wilson

### Page 4

facts of this case.

So to that end, I will call on you twice, Mr. Foreman, to speak for your fellow jurors. Does the jury require any additional or clarifying instructions on the law as it applies to this case, Mr. Foreman?

**JUROR FOREPERSON**: We don't, Your Honor.

**THE COURT**: Mr. Foreman, I shall put another question to you. In your judgement speaking on behalf of your fellow jurors, is there a reasonable probability of the jury reaching a unanimous verdict on any of the charges in this case?

**JUROR FOREPERSON**: No, Your Honor.

**THE COURT**: Thank you, sir.

**JUROR FOREPERSON**: Thank you, Your Honor.

**THE COURT**: Ladies and gentlemen, please understand that a verdict in this case is of great importance to both the defendant and the Commonwealth. A retrial of this case will come at additional time, anxiety and expense on both sides. However, of paramount importance is the following: You jurors must appreciate that any verdict you return must be unanimous. That you have a duty to consult with one another and to deliberate with a

Jaclyne Wilson

Page 5

[1] conscious view of reaching an agreement if it can be
[2] done without violence to individual judgement. That
[3] each of you must decide the case for himself or
[4] herself but only after an impartial consideration of
[5] the evidence with his or her fellow jurors. That a
[6] juror should not hesitate to reexamine his or her
[7] own views and to change his or her opinion if
[8] convinced that it is erroneous. That no juror
[9] should surrender his or her honest convictions as to
[10] the weight or effect of the evidence simply because
[11] of the opinion of his or her fellow jurors or for
[12] the mere purpose of returning a unanimous verdict.
[13]     Please, ladies and gentlemen, keep in
[14] mind all of the previous instructions I've given you
[15] and the instructions just imparted because this
[16] Court is sending you back to the deliberation room
[17] to give further consideration to both the evidence
[18] and the instructions to see if you can arrive at a
[19] unanimous verdict. Obviously, if the Court can be
[20] of any assistance or if you have additional
[21] comments, do not hesitate to bring it to my
[22] attention and I shall address your comments,
[23] concerns or questions.
[24]     Thank you, ladies and gentlemen. Please
[25] return to the deliberation room.

                Jaclyne Wilson

Page 6

[1]     (Jury exits the courtroom at 12:25 p.m.)
[2]     **THE COURT**: All right. Ms. Forchetti,
[3] Mr. Lorusso, is there anything else?
[4]     **MR. LORUSSO**: No, Your Honor.
[5]     **MS. FORCHETTI**: No, Your Honor. I'll
[6] stay close.
[7]     **THE COURT**: All right. Thank you,
[8] sheriff.
[9]     (Deliberations.)
[10]     **THE COURT**: This is the case of
[11] Commonwealth vs. Johnnie Simmons. Mr. Simmons is
[12] here with his attorney, Mr. Lorusso. Ms. Forchetti
[13] for the Commonwealth.
[14]     Counsel, I'm in receipt of the most
[15] recent question. It reads, Your Honor, we the jury
[16] have unanimously agreed -- strike that. Your Honor,
[17] we the jury have unanimously reached a verdict on
[18] only one count. We have not been able to move on
[19] the other four counts.
[20]     What's your view as to how we should
[21] proceed, Mr. Lorusso?
[22]     **MR. LORUSSO**: Can I ask my client?
[23]     (Pause.)
[24]     **THE COURT**: Yes, sir?
[25]     **MR. LORUSSO**: I've discussed with my

                Jaclyne Wilson

Page 7

[1] client and I would ask Your Honor to instruct them
[2] to deliberate.
[3]     **THE COURT**: Ms. Forchetti?
[4]     **MS. FORCHETTI**: Your Honor, I would ask
[5] that we take the verdict on the one count and send
[6] them back to deliberate.
[7]     **THE COURT**: Mr. Lorusso, rule 1120 D
[8] makes it fairly clear that we should take the
[9] partial verdict. It reads in pertinent part: If
[10] there are two of more counts in the information or
[11] indictment, the jury may record a verdict or
[12] verdicts with respect to those counts upon which it
[13] has agreed and the judge shall receive and record
[14] such verdicts.
[15]     So what we do after that depends on the
[16] jury, but at this juncture we have an obligation to
[17] take the partial verdict.
[18]     Can we agree on that, Ms. Forchetti?
[19]     **MS. FORCHETTI**: Yes, Your Honor.
[20]     **THE COURT**: Mr. Lorusso?
[21]     **MR. LORUSSO**: I will agree with that.
[22]     **THE COURT**: All right. So bring the
[23] jurors out and we'll take the partial verdict.
[24]     (Pause.)
[25]     **THE COURT**: Counsel, earlier I made

                Jaclyne Wilson

Page 8

[1] reference to a rule in which directs the ruling of
[2] taking a partial verdict. The rule number is 648 D.
[3] I stand corrected.
[4]     Shall we bring the jurors in,
[5] Mr. Lorusso?
[6]     **MR. LORUSSO**: Yes, Your Honor.
[7]     **THE COURT**: Ms. Forchetti?
[8]     **MS. FORCHETTI**: Yes, Your Honor.
[9]     **THE COURT**: Very well.
[10] (Jury enters the courtroom at 4:22 p.m.)
[11]     **THE COURT**: Good afternoon, ladies and
[12] gentlemen.
[13]     Would the foreperson please rise and
[14] identify yourself by seat number.
[15]     **JUROR FOREPERSON**: Juror No. 8,
[16] Your Honor.
[17]     **THE COURT**: Mr. Foreman, does the jury
[18] have a communication for the Court?
[19]     **JUROR FOREPERSON**: We do, Your Honor.
[20]     **THE COURT**: Would you read it as it
[21] appears in your writing.
[22]     **JUROR FOREPERSON**: Your Honor, we the
[23] jury have unanimously reached a verdict on only one
[24] count. We've not been able to move on the four
[25] other counts.

                Jaclyne Wilson

Page 9

[1] **THE COURT**: Mr. Foreman, I'm obliged to
[2] ask you a number of follow up questions. Please, do
[3] not give me any account of how the jurors have
[4] broken down in their deliberations.
[5] **JUROR FOREPERSON**: Yes, Your Honor.
[6] **THE COURT**: Do not reveal to me in
[7] response to any question I put the dynamics of your
[8] deliberations.
[9] Do you understand me, sir?
[10] **JUROR FOREPERSON**: Yes, Your Honor.
[11] **THE COURT**: Here are the questions I have
[12] for you, and the first question will appear to be
[13] redundant in light of your earlier statement but I
[14] must ask it anyway.
[15] **JUROR FOREPERSON**: Yes, Your Honor.
[16] **THE COURT**: Mr. Foreman, has the jury
[17] reached a unanimous verdict on all of the charges?
[18] **JUROR FOREPERSON**: No, Your Honor.
[19] **THE COURT**: Mr. Foreman, has the jury
[20] reached a unanimous verdict on any of the charges?
[21] **JUROR FOREPERSON**: Yes, Your Honor.
[22] **THE COURT**: Mr. Foreman, has the jury
[23] reached a unanimous verdict on the charge of
[24] attempted murder?
[25] **JUROR FOREPERSON**: No, Your Honor.
Jaclyne Wilson

Page 10

[1] **THE COURT**: Mr. Foreman, has the jury
[2] reached a unanimous verdict on the charge of
[3] aggravated assault?
[4] **JUROR FOREPERSON**: No, Your Honor.
[5] **THE COURT**: Mr. Foreman, has the jury
[6] reached a unanimous verdict on possession of an
[7] instrument of crime?
[8] **JUROR FOREPERSON**: No, Your Honor.
[9] **THE COURT**: Mr. Foreman, has the jury
[10] reached a unanimous verdict on carrying a firearm
[11] without a license?
[12] **JUROR FOREPERSON**: No, Your Honor.
[13] **THE COURT**: Mr. Foreman, has the jury
[14] reached a unanimous verdict on the charge of
[15] conspiracy?
[16] **JUROR FOREPERSON**: Yes, Your Honor.
[17] **THE COURT**: In light of the statement by
[18] the foreperson, Mr. Lorusso, shall we take the
[19] verdict on the charge of conspiracy?
[20] **MR. LORUSSO**: Yes, Your Honor.
[21] **THE COURT**: In light of the statement by
[22] the foreperson, Ms. Forchetti, shall we take the
[23] verdict on the charge of conspiracy?
[24] **MS. FORCHETTI**: Yes, Your Honor.
[25] **THE COURT**: Thank you.
Jaclyne Wilson

Page 11

[1] Mr. Ferguson, in light of the foregoing
[2] we shall take the verdict on the one offense wherein
[3] the jury is unanimous and you may proceed on that
[4] and that alone.
[5] **COURT CRIER**: Okay. Will the foreperson
[6] please stand.
[7] Have you reached a verdict?
[8] **JUROR FOREPERSON**: Yes, we have.
[9] **COURT CRIER**: Have you reached a verdict
[10] on the one charge of conspiracy?
[11] **JUROR FOREPERSON**: We have.
[12] **COURT CRIER**: Okay. Will the defendant
[13] please rise and face the jury.
[14] In the case of Commonwealth vs. Johnnie
[15] Simmons, CP-51-CR-0004773-2011, to the charge of
[16] conspiracy, what is your verdict?
[17] **JUROR FOREPERSON**: Guilty.
[18] **COURT CRIER**: I shall read the
[19] interrogatory.
[20] What was the object of crime? What is
[21] your answer?
[22] **JUROR FOREPERSON**: Murder.
[23] **COURT CRIER**: Your Honor, may the verdict
[24] be recorded?
[25] **THE COURT**: Any objection to the verdict
Jaclyne Wilson

Page 12

[1] being reordered, Ms. Forchetti?
[2] **MS. FORCHETTI**: No, Your Honor.
[3] **THE COURT**: Any objection to the verdict
[4] being recorded, Mr. Lorusso?
[5] **MR. LORUSSO**: May the jury be polled?
[6] **THE COURT**: You wish to have the jurors
[7] polled, sir?
[8] **MR. LORUSSO**: Yes, Your Honor.
[9] **THE COURT**: Jurors, there is a request
[10] for polling. The crier will call out each juror by
[11] number. The juror should rise and the crier will
[12] ask you, On the charge of conspiracy, what is your
[13] verdict, guilty or not guilty? And you should
[14] answer in accordance with your verdict.
[15] Is that agreed, Mr. Lorusso?
[16] **MR. LORUSSO**: Yes, Your Honor.
[17] **THE COURT**: Is that agreed,
[18] Ms. Forchetti?
[19] **MS. FORCHETTI**: Yes, Your Honor.
[20] **THE COURT**: We shall commence.
[21] **COURT CRIER**: Juror No. 1, will you
[22] please stand.
[23] On the charge of conspiracy, what is your
[24] answer, guilty or not guilty?
[25] **JUROR NO. 1**: Guilty.
Jaclyne Wilson

Page 13

[1] **THE COURT**: Ask him about the second
[2] part, what is the objective of the conspiracy.
[3] **COURT CRIER**: Okay. And to the
[4] interrogatory question, what is your answer to what
[5] was the object of crime?
[6] **JUROR NO. 1**: Murder.
[7] **COURT CRIER**: Thank you, sir. You may be
[8] seated.
[9] Juror No. 2, to the charge of conspiracy,
[10] what is your answer, guilty or not guilty?
[11] **JUROR NO. 2**: Guilty.
[12] **COURT CRIER**: And to the interrogatory
[13] question, what was the object of crime?
[14] **JUROR NO. 2**: Murder.
[15] **COURT CRIER**: Thank you. You may be
[16] seated.
[17] Juror No. 3, to the charge of conspiracy,
[18] what is your answer, guilty or not guilty?
[19] **JUROR NO. 3**: Guilty.
[20] **COURT CRIER**: And to the interrogatory
[21] question, what was the object crime?
[22] **JUROR NO. 3**: Murder.
[23] **COURT CRIER**: Thank you. You may be
[24] seated.
[25] Juror No. 4, to the charge of conspiracy,
          Jaclyne Wilson

Page 14

[1] what is your verdict, guilty or not guilty?
[2] **JUROR NO. 4**: Guilty.
[3] **COURT CRIER**: And to the interrogatory
[4] question, what was the object of crime?
[5] **JUROR NO. 4**: Murder.
[6] **COURT CRIER**: Thank you. You may be
[7] seated.
[8] Juror No. 5, to the charge of conspiracy,
[9] what is your answer, guilty or not guilty?
[10] **JUROR NO. 5**: Guilty.
[11] **COURT CRIER**: And to the interrogatory
[12] question, what was the object of crime?
[13] **JUROR NO. 5**: Murder.
[14] **COURT CRIER**: Thank you. You may be
[15] seated.
[16] Juror No. 6, to the charge of conspiracy,
[17] what is your answer, guilty or not guilty?
[18] **JUROR NO. 6**: Guilty.
[19] **COURT CRIER**: And to the interrogatory
[20] question, what was the object of crime?
[21] **JUROR NO. 6**: Murder.
[22] **COURT CRIER**: Thank you. You may be
[23] seated.
[24] Juror No. 7, to the charge of conspiracy,
[25] what is your answer, guilty or not guilty?
          Jaclyne Wilson

Page 15

[1] **JUROR NO. 7**: Guilty.
[2] **COURT CRIER**: And to the interrogatory
[3] question, what was the object of crime?
[4] **JUROR NO. 7**: Murder.
[5] **COURT CRIER**: Thank you. You may be
[6] seated.
[7] Juror No. 8, Mr. Foreperson, to the
[8] charge of conspiracy, what is your answer, guilty or
[9] not guilty?
[10] **JUROR FOREPERSON**: Guilty.
[11] **COURT CRIER**: And to the interrogatory
[12] question, what was the object of crime?
[13] **JUROR FOREPERSON**: Murder.
[14] **COURT CRIER**: Thank you. You may be
[15] seated.
[16] Juror No. 9, to the charge of conspiracy,
[17] what is your answer, guilty or not guilty?
[18] **JUROR NO. 9**: Guilty.
[19] **COURT CRIER**: And to the interrogatory
[20] question, what was the object of crime?
[21] **JUROR NO. 9**: Murder.
[22] **COURT CRIER**: Thank you. You may be
[23] seated.
[24] Juror No. 10, to the charge of
[25] conspiracy, what is your answer, guilty or not
          Jaclyne Wilson

Page 16

[1] guilty?
[2] **JUROR NO. 10**: Guilty.
[3] **COURT CRIER**: And to the interrogatory
[4] question, what was the object of crime?
[5] **JUROR NO. 10**: Murder.
[6] **COURT CRIER**: Thank you, sir. You may be
[7] seated.
[8] Juror No. 11, to the charge of
[9] conspiracy, what is your answer, guilty or not
[10] guilty?
[11] **JUROR NO. 11**: Guilty.
[12] **COURT CRIER**: And to the interrogatory
[13] question, what was the object of crime?
[14] **JUROR NO. 11**: Murder.
[15] **COURT CRIER**: Thank you. You may be
[16] seated.
[17] Juror No. 12, to the charge of
[18] conspiracy, what is your answer, guilty or not
[19] guilty?
[20] **JUROR NO. 12**: Guilty.
[21] **COURT CRIER**: And to the interrogatory
[22] question, what was the object of crime?
[23] **JUROR NO. 12**: Murder.
[24] **COURT CRIER**: Thank you.
[25] Your Honor, may the verdict be recorded
          Jaclyne Wilson

Page 17

[1] on conspiracy?
[2]     **THE COURT**: Mr. Lorusso, are you
[3] satisfied with the polling?
[4]     **MR. LORUSSO**: Yes, Your Honor.
[5]     **THE COURT**: May the verdict be recorded
[6] as announced, guilty to criminal conspiracy, object
[7] crime being murder?
[8]     **MR. LORUSSO**: Yes, Your Honor.
[9]     **THE COURT**: May I see the verdict sheet?
[10]     (Pause.)
[11]     **THE COURT**: Let the record reflect that
[12] on CP-51-CR-0004773-2011, the case of Commonwealth
[13] vs. Johnnie Simmons, the verdict sheet with respect
[14] to the partial verdict has been completed, signed by
[15] the foreperson who affixes his juror number and
[16] dated wherein it states the defendant has been found
[17] guilty of conspiracy and the object crime to be
[18] murder.
[19]     Ladies and gentlemen, I must meet with
[20] the attorneys. Would you please -- I'm sorry,
[21] Mr. Ferguson. Finish that process.
[22]     **COURT CRIER**: Jurors, harken unto the
[23] verdict as it is recorded and so say you all?
[24]     **JURORS**: Yes.
[25]     **COURT CRIER**: Thank you.
    Jaclyne Wilson

Page 18

[1]     **THE COURT**: Would you ladies and
[2] gentlemen return to the deliberation room for I must
[3] meet with the attorneys.
[4]     (Jury exits the courtroom at 4:31 p.m.)
[5]     **THE COURT**: All right. We are back on
[6] the record. The defendant is again present with his
[7] attorney, Mr. Lorusso. The Commonwealth by
[8] Ms. Forchetti. The defendant is obviously here.
[9] The jurors are not present.
[10]     Mr. Lorusso, what's your pleasure, sir?
[11]     **MR. LORUSSO**: If the jury has indicated
[12] that they are hopeless deadlocked, I would move for
[13] a mistrial on the remaining charges.
[14]     **THE COURT**: Before I rule on your motion,
[15] I'm going to colloquy the jurors.
[16]     Would you bring the jurors out,
[17] Mr. Ferguson?
[18]     **COURT CRIER**: Certainly.
[19]     (Jury enters the courtroom at 4:44 p.m.)
[20]     **THE COURT**: Ladies and gentlemen, I'm
[21] obliged to have a colloquy with each of you which is
[22] nothing more than a conversation. I am going to
[23] preface the questions that I put to you by reading
[24] the last two notes received from your foreperson.
[25]     The very last note said, Your Honor, we
    Jaclyne Wilson

Page 19

[1] the jury have unanimously reached a verdict on only
[2] one count. We have not been able to move on the
[3] other four counts. Prior to that the note read,
[4] Your Honor, we are deadlocked. Would Your Honor
[5] please provide further guidance?
[6]     Juror No. 1, were the notes I just read a
[7] reflection of your position at the time they were
[8] written, yes or no?
[9]     **JUROR NO. 1**: Yes, Your Honor.
[10]     **THE COURT**: Juror No. 2, were the notes I
[11] just read a reflection of your position at the time
[12] they were written?
[13]     **JUROR NO. 2**: Yes, Your Honor.
[14]     **THE COURT**: Juror No. 3, were the two
[15] notes I just read a reflection of your position at
[16] the time they were written?
[17]     **JUROR NO. 3**: Yes, Your Honor.
[18]     **THE COURT**: Juror No. 4, were the two
[19] notes I just read a reflection of your position at
[20] the time they were written?
[21]     **JUROR NO. 4**: Yes, Your Honor.
[22]     **THE COURT**: Juror No. 5, were the two
[23] notes I just read a reflection of your position at
[24] the time they were written, yes or no?
[25]     **JUROR NO. 5**: Yes, Your Honor.
    Jaclyne Wilson

Page 20

[1]     **THE COURT**: Juror No. 6, were the two
[2] notes I just read a reflection of your position at
[3] the time they were written?
[4]     **JUROR NO. 6**: Yes, Your Honor.
[5]     **THE COURT**: Juror No. 7, were the two
[6] notes I just read a reflection of your position at
[7] the time they were written, yes or no?
[8]     **JUROR NO. 7**: Yes, Your Honor.
[9]     **THE COURT**: Juror No. 8, were the two
[10] notes I just read a reflection of your position at
[11] the time they were written?
[12]     **JUROR NO. 8**: Yes, Your Honor.
[13]     **THE COURT**: Juror No. 9, were the two
[14] notes I just read a reflection of your position at
[15] the time they were written, yes or no?
[16]     **JUROR NO. 9**: Yes, Your Honor.
[17]     **THE COURT**: Juror No. 10, were the two
[18] notes I just read a reflection of your position at
[19] the time they were written, yes or no?
[20]     **JUROR NO. 10**: Yes, Your Honor.
[21]     **THE COURT**: Juror No. 11, were the two
[22] notes I just read a reflection of your position at
[23] the time they were written, yes or no?
[24]     **JUROR NO. 11**: Yes, Your Honor.
[25]     **THE COURT**: Juror No. 12, were the two
    Jaclyne Wilson

Page 21

[1] notes I just read a reflection of your position at
[2] the time they were written, yes or no?
[3]     **JUROR NO. 12**: Yes, Your Honor.
[4]     **THE COURT**: Juror No. 1, do you believe
[5] that there is a probability that a unanimous verdict
[6] will be reached on all of the charges if there were
[7] further deliberations?
[8]     **JUROR NO. 1**: No, Your Honor.
[9]     **THE COURT**: Juror No. 1, do you believe
[10] that there would be a unanimous verdict on any of
[11] the remaining charges if there were further
[12] deliberations?
[13]     **JUROR NO. 1**: No, Your Honor.
[14]     **THE COURT**: In your position is the jury
[15] hopelessly deadlocked?
[16]     **JUROR NO. 1**: Yes, it is, Your Honor.
[17]     **THE COURT**: Juror No. 2, do you believe
[18] that there is a probability that a unanimous verdict
[19] will be reached on all of the charges?
[20]     **JUROR NO. 2**: No, Your Honor.
[21]     **THE COURT**: Juror No. 2, do you believe
[22] that there would be a unanimous verdict on any of
[23] the remaining charges if there were further
[24] deliberations?
[25]     **JUROR NO. 2**: No.
         Jaclyne Wilson

Page 22

[1]     **THE COURT**: Juror No. 2, do you believe
[2] that the jury is hopelessly deadlocked?
[3]     **JUROR NO. 2**: Yes.
[4]     **THE COURT**: Juror No. 3, do you believe
[5] that there is a probability that the jury would
[6] reach a unanimous verdict on all of the remaining
[7] charges if there were further deliberations?
[8]     **JUROR NO. 3**: No.
[9]     **THE COURT**: Juror No. 3, do you believe
[10] that there would be a unanimous verdict on any of
[11] the charges if there were further deliberations?
[12]     **JUROR NO. 3**: No.
[13]     **THE COURT**: Juror No. 3, is it your
[14] position that the jury is hopelessly deadlocked?
[15]     **JUROR NO. 3**: Yes.
[16]     **THE COURT**: Juror No. 4, do you believe
[17] that there is a probability that a unanimous verdict
[18] will be reached on all of the charges if there were
[19] further deliberations?
[20]     **JUROR NO. 4**: No, Your Honor.
[21]     **THE COURT**: Juror No. 4, do you believe
[22] that there is a probability that the jurors would
[23] reach a unanimous verdict on any of the remaining
[24] charges if there were further deliberations?
[25]     **JUROR NO. 4**: No, Your Honor.
         Jaclyne Wilson

Page 23

[1]     **THE COURT**: Is it your position, sir,
[2] that the jury is hopelessly deadlocked?
[3]     **JUROR NO. 4**: Yes, Your Honor.
[4]     **THE COURT**: Juror No. 5, do you believe
[5] that there is a probability that the jury would
[6] reach a unanimous verdict on all of the charges if
[7] there were further deliberations?
[8]     **JUROR NO. 5**: No, Your Honor.
[9]     **THE COURT**: Juror No. 5, do you believe
[10] that there's a probability that the jury would reach
[11] a unanimous verdict on any of the remaining charges
[12] if there were further deliberations?
[13]     **JUROR NO. 5**: No, Your Honor.
[14]     **THE COURT**: Juror No. 5, is it your
[15] position that the jury is hopelessly deadlocked?
[16]     **JUROR NO. 5**: Yes, Your Honor.
[17]     **THE COURT**: Juror No. 6, do you believe
[18] that there is a probability that the jury would
[19] reach a unanimous verdict on all of the charges if
[20] there were further deliberations?
[21]     **JUROR NO. 6**: No, Your Honor.
[22]     **THE COURT**: Juror No. 6, do you believe
[23] that there's a probability that the jury would reach
[24] a unanimous verdict on any of the remaining charges
[25] if there were further deliberations?
         Jaclyne Wilson

Page 24

[1]     **JUROR NO. 6**: No, Your Honor.
[2]     **THE COURT**: Ma'am, do you believe that
[3] the jury is hopelessly deadlocked?
[4]     **JUROR NO. 6**: I do, Your Honor.
[5]     **THE COURT**: Juror No. 7, do you believe
[6] that there is a probability that the jury would
[7] reach a unanimous verdict on all of the remaining
[8] charges if there were further deliberations?
[9]     **JUROR NO. 7**: No, Your Honor.
[10]     **THE COURT**: Juror No. 7, do you believe
[11] that there's a probability that the jury would reach
[12] a unanimous verdict on any of the remaining charges
[13] upon further deliberations?
[14]     **JUROR NO. 7**: No, Your Honor.
[15]     **THE COURT**: Is it your view that the jury
[16] is hopelessly deadlocked?
[17]     **JUROR NO. 7**: Yes, Your Honor.
[18]     **THE COURT**: Juror No. 8, do you believe
[19] that there is a probability that the jury would
[20] reach a unanimous verdict on all of the remaining
[21] charges if there were further deliberations?
[22]     **JUROR NO. 8**: No, Your Honor.
[23]     **THE COURT**: Juror No. 8, do you believe
[24] that there's a probability that the jury would reach
[25] a unanimous verdict on any of the remaining charges
         Jaclyne Wilson

Page 25

[1] if there were further deliberations?
[2] **JUROR NO. 8**: No, Your Honor.
[3] **THE COURT**: Juror No. 8, is it your
[4] position that this jury is hopelessly deadlocked?
[5] **JUROR NO. 8**: It is, Your Honor.
[6] **THE COURT**: Juror No. 9, do you believe
[7] that there is a probability that the jury would
[8] reach a unanimous verdict on all of the remaining
[9] charges?
[10] **JUROR NO. 9**: No, Your Honor.
[11] **THE COURT**: Juror No. 9, do you believe
[12] that there's a probability that the jury would reach
[13] a unanimous verdict on any of the remaining charges
[14] if there were further deliberations?
[15] **JUROR NO. 9**: No, Your Honor.
[16] **THE COURT**: Is it your position that this
[17] jury is hopelessly deadlocked?
[18] **JUROR NO. 9**: Yes, Your Honor.
[19] **THE COURT**: Juror No. 10, do you believe
[20] that there is a probability that a unanimous verdict
[21] will be reached on all of the remaining charges if
[22] there were further deliberations?
[23] **JUROR NO. 10**: No, Your Honor.
[24] **THE COURT**: Juror No. 10, do you believe
[25] that there would be a unanimous verdict on any of

Jaclyne Wilson

Page 26

[1] the remaining charges if there were further
[2] deliberations?
[3] **JUROR NO. 10**: No, Your Honor.
[4] **THE COURT**: Is it your position that this
[5] jury is hopelessly deadlocked?
[6] **JUROR NO. 10**: Yes.
[7] **THE COURT**: Juror No. 11, is there a
[8] probability that this jury would reach a unanimous
[9] verdict on all of the charges if there were further
[10] deliberations?
[11] **JUROR NO. 11**: No, Your Honor.
[12] **THE COURT**: Juror No. 11, upon further
[13] deliberation, do you believe that there would be a
[14] unanimous verdict on any of the remaining charges?
[15] **JUROR NO. 11**: No, Your Honor.
[16] **THE COURT**: Is it your position that this
[17] jury is hopelessly deadlocked?
[18] **JUROR NO. 11**: Yes.
[19] **THE COURT**: Juror No. 12, do you believe
[20] that there is a probability that the jury would
[21] reach a unanimous verdict on all of the charges if
[22] there were further deliberations?
[23] **JUROR NO. 12**: No, Your Honor.
[24] **THE COURT**: Juror No. 12, do you believe
[25] that this jury would reach a unanimous verdict on

Jaclyne Wilson

Page 27

[1] any of the remaining charges if there were further
[2] deliberations?
[3] **JUROR NO. 12**: No, Your Honor.
[4] **THE COURT**: Is it your position that this
[5] jury is hopelessly deadlocked?
[6] **JUROR NO. 12**: Yes.
[7] **THE COURT**: Would you ladies and
[8] gentlemen be so kind as to wait for us in the jury
[9] deliberation room.
[10] (Jury exits the courtroom at 4:53 p.m.)
[11] **THE COURT**: May I see counsel?
[12] (Sidebar held off the record.)
[13] **THE COURT**: Counsel, the jury having
[14] reaching a verdict on conspiracy, the Court's
[15] obliged to order both a presentence and mental
[16] health evaluation and set the matter down for
[17] imposition of sentence.
[18] Before I do that, Mr. Lorusso, do you
[19] wish to renew your motion?
[20] **MR. LORUSSO**: I would have a motion for
[21] mistrial on the remaining charges, Your Honor.
[22] **THE COURT**: Let the record reflect the
[23] **following**: The Court finds manifest necessity. The
[24] jurors obviously have been polled and they voiced
[25] their inability to reach a unanimous verdict on the

Jaclyne Wilson

Page 28

[1] remaining charges. However, the defendant, through
[2] his attorney, has asked for a mistrial and I shall
[3] grant his motion for a mistrial.
[4] We're going to set this down for
[5] sentencing February the 10th.
[6] Is that a good date?
[7] **MS. FORCHETTI**: That's fine, Your Honor.
[8] **MR. LORUSSO**: Is it, Your Honor.
[9] **MS. FORCHETTI**: Your Honor, it will be
[10] the Commonwealth's motion at this time to revoke the
[11] defendant's bail.
[12] **THE COURT**: Motion granted. I am going
[13] to --
[14] **MS. FORCHETTI**: If Your Honor would like
[15] to set a status date as to whether or not the
[16] Commonwealth will be requesting a new trial or if
[17] Your Honor would like us to announce it at
[18] sentencing.
[19] **THE COURT**: We'll do that at sentencing.
[20] That will be the date for sentencing and status of
[21] new trial.
[22] **MR. LORUSSO**: Would Your Honor indulge me
[23] for a moment to discuss with my client this mistrial
[24] aspect? Apparently there was some confusion on his
[25] part so I may withdraw that request.

Jaclyne Wilson

Page 29

[1] **THE COURT**: It's too late now. I've
[2] already ruled on it.
[3] **MR. LORUSSO**: Okay. All right.
[4] **THE COURT**: Is there anything else,
[5] Ms. Forchetti?
[6] **MS. FORCHETTI**: No, Your Honor.
[7] **THE COURT**: All right. We'll be in
[8] recess. Thank you.
[9] (Matter concluded at 4:59 p.m.)
[10]
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Jaclyne Wilson

Page 30

[1] CERTIFICATE
[2]
[3] I HEREBY CERTIFY THAT THE PROCEEDINGS AND EVIDENCE
[4] ARE CONTAINED FULLY AND ACCURATELY IN THE NOTES
[5] TAKEN BY ME ON THE TRIAL OF THE ABOVE CAUSE, AND
[6] THIS COPY IS A CORRECT TRANSCRIPT OF THE SAME
[7]
[8]
[9]
[10]
[11] JACLYNE A. CRAIGHEAD
[12] OFFICIAL COURT REPORTER
[13]
[14]
[15]
[16]
[17] (THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES
[18] NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY
[19] MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR
[20] SUPERVISION OF THE CERTIFYING REPORTER.)
[21]
[22]
[23]
[24]
[25]

Jaclyne Wilson

Court Reporting System (Generated 2023/03/07 14:30:04)

# Lawyer's Notes

