7:05 pm     2-15-11

Charles TALBERT called in Reference to Video @ Sneaker store, Youngs Deli and Seafood store. Date of incident Det Geletka / Sloan checked locations + Sneaker store had cameras disconnected because of the store was moving. Youngs deli didn't cover area of shooting, Seafood restaurant did not have video.

— Also stated detective told his wife that we were 99.9% sure that the guy who shot compl. was guy he picked out —

— neg. never told his wife this on 2/12/11 his wife picked up clothing, phone charger @ NWDD. She asked if someone was arrested + if the person was in jail. Told her an arrest was made + person who was arrested was still in jail. Also informed her of charges. Did not tell her A's name nor did she ask.

JSIM2021FH000035