IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHNNIE SIMMONS** : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-2624** |
| : | |
| **MARK GARMAN, ET AL.** : | |

## ORDER

This 14th day of July, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Commonwealth's Objections to the Report and Recommendation (ECFs 66, 67) are **SUSTAINED,** and Petitioner's Request for Relief regarding his *Brady* claim is **DENIED**. Petitioner's Request for Leave to File Objections addressed to the Report and Recommendation's conclusions about the sufficiency of the evidence is **GRANTED**.

/s/ Gerald Austin McHugh
United States District Judge